JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH JOSEPH PAGE,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES, a public entity; CHIEF OF POLICE CHARLES L. BECK, in his individual and official capacities; OFFICER RONALD MOY (#26983), in his individual and official capacities; OFFICER RYAN KLEPPER (#35648), in his individual and official capacities; and, DOES 1 to 10, inclusive,<br><br>    Defendants. | **Case No.: 2:16-cv-09323-RGK-KS**<br><br>*Assigned to the Honorable R. Gary Klausner*<br><br>[~~PROPOSED~~] **ORDER OF DISMISSAL**<br><br>Action Filed: December 16, 2016<br>Trial Date: February 27, 2018 |

    Having considered the Stipulation and Joint Request for Dismissal of all claims and causes of action with prejudice, executed by the parties and filed herewith, and finding good cause therefor,

///
///
///

---

1
**[PROPOSED] ORDER OF DISMISSAL**

**IT IS HEREBY ORDERED** that:

The above-entitled action is dismissed with prejudice in its entirety, and the Clerk of the Court is directed to close the file in this matter.

**IT IS SO ORDERED.**

Dated: October 10, 2017  _____
Honorable R. Gary Klausner
United States District Court Judge